**PORZIO, BROMBERG & NEWMAN, P.C.**
Diane Fleming Averell, Esq. (DA3899)
100 Southgate Parkway
Morristown, NJ 07962-1997
Telephone:  (973) 538-4006
E-mail:  dfaverell@pbnlaw.com
Attorneys for Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary
Sciences, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. AND NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., | Civil Action No.: 2:23-cv-2190 |
| Plaintiffs, | **COMPLAINT AND** <u>**DEMAND FOR JURY TRIAL**</u> |
| v. | |
| BEST VIEW REVIEWS, INC., | |
| Defendant. | |

### <u>COMPLAINT</u>

Plaintiffs Nutramax Laboratories, Inc. ("Nutramax Labs") and Nutramax Laboratories Veterinary Sciences, Inc. ("Nutramax Vet," together with Nutramax Labs, "Nutramax"), each having their principal places of business at 946 Quality Drive, Lancaster, South Carolina 29720, for their Complaint against Defendant Best Views Reviews, Inc. ("BVR"), having a principal place of business at 16 Park Circle, Short Hills, Essex County, New Jersey 07078, allege as follows:

### <u>NATURE OF THE ACTION</u>

1.      Nutramax is dedicated to the research and development of the highest quality products in the nature of supplements to support health and wellness for animals, including pets. Nutramax is proud to be an industry leader in the field of supplements. Nutramax Vet offers a wide

1

7313637

array of supplements, including supplements for dogs, cats, and horses. These supplements support joint health, digestive health, skin and coat health, and provide other helpful benefits to animals.

2.      Nutramax brings this lawsuit to protect the substantial goodwill that it has developed in its products, trademarks, and copyright-protected works and to stop BVR from posting deceptive or false statements about Nutramax Vet's products while co-opting Nutramax Labs' trademarks and copyright-protected artwork. While Nutramax has sought to resolve this dispute short of litigation, BVR has been completely silent. Thus, Nutramax has had no option but to pursue these claims in this Court.

## PARTIES, JURISDICTION AND VENUE

3.      Plaintiff Nutramax Labs is a South Carolina corporation with its principal place of business at 946 Quality Drive, Lancaster, South Carolina 29720.

4.      Plaintiff Nutramax Vet is also a South Carolina corporation with its principal place of business at 946 Quality Drive, Lancaster, South Carolina 29720.

5.      Nutramax Labs is the owner of the famous DASUQUIN® and COSEQUIN® trademarks, which it licenses to its subsidiary, Nutramax Vet, for use in connection with the marketing and sales of dietary and nutritional supplements for animals that are sold to consumers throughout the United States and the world.

6.      Upon information and belief, Defendant BVR is a New Jersey corporation with its principal place of business at 16 Park Circle, Short Hills, New Jersey 07078.

7.      Jurisdiction is proper before this Court given that this is a civil action under the Lanham Act, 15 U.S.C. §1051 *et seq.*, and the Copyright Act, 17 U.S.C. §101 *et seq.*, jurisdiction being conferred in accordance with 15 U.S.C. §1121 and 28 U.S.C. §1338.

8.     This Court has personal jurisdiction over BVR because BVR is a corporation, incorporated under the laws of the State of New Jersey and its principal place of business is located in Short Hills, New Jersey, within this judicial district.

9.     Venue is proper in this Court pursuant to 28 U.S.C. §1391.

### GENERAL ALLEGATIONS

10.     Nutramax Vet sells different types of nutritional supplements for animals including the DASUQUIN® and COSEQUIN® products for which Nutramax Labs is the owner of all related trademarks and intellectual property.

11.     Nutramax and affiliated companies spend, and have spent for decades, significant amounts of money researching, marketing, distributing, and selling the highest quality of nutritional supplements for animals, including under the DASUQUIN® and COSEQUIN® marks throughout the United States and internationally. As a result, Nutramax Vet has become the #1 veterinarian-recommended supplement company.

12.     As a consequence of Nutramax's efforts, as described herein, the public identifies the DASUQUIN® and COSEQUIN® marks exclusively with Nutramax, creating valuable intellectual property rights and goodwill.

13.     Nutramax Labs owns the DASUQUIN® trademark, registered with the United States Patent and Trademark Office as Registration Nos. 3,266,390 and 6,872,420 and copies of the valid trademark registrations are attached hereto as Exhibits A and B.

14.     Nutramax Labs also owns the COSEQUIN® trademark, registered with the United States Patent and Trademark Office as Registration Nos. 1,791,253 and 5,662,197 and copies of the valid trademark registrations are attached hereto as Exhibits C and D.

7313637

15.     Nutramax Labs also owns the copyrights for the DASUQUIN® product's associated label artwork, registered with the U.S. Copyright Office as Registration Nos. VAu001217662 and VAu001215810. Copies of web-based records reflecting the registrations with the copyright office are attached hereto as Exhibits E and F.

16.     Further, Nutramax Labs owns the copyright for the COSEQUIN® product's associated label artwork, registered with the U.S. Copyright Office as Registration No. VAu001215817. A copy of the web-based record reflecting this registration with the copyright office is attached as Exhibit G.

17.     As indicated on its website, BVR holds itself out as "recommend[ing] the best products using AI-assisted analysis of verified and high-quality reviews," so consumers "can make informed purchase decisions quickly and with confidence."

18.     BVR has published, and continues to display on its website, an article purporting to compare a competitive product to "Nutramax Dasuquin Capsules, 84 Count." (the "Article"). Attached as Exhibit H is a printout of the Article, which can be accessed at https://bestviewsreviews.com/cat-hip-joint-care/compare/?p1=zesty-paws-organic-mushroom-chewable-treats-for-dogs-for-dog-hip-joint-health-digestive-immune-support-14-mushrooms-complex-with-shiitake-lions-mane-turkey-tail-vitamins-minerals&p2=nutramax-dasuquin-capsules-84-count.

19.     The Article includes the false or misleading representation that the DASUQUIN® product "may cause minor blood infection." This statement is baseless, unsupported, deceptive and likely to diminish the value and healthfulness of Nutramax's DASUQUIN® product in the eyes of consumers, while driving internet traffic to BVR's website and, upon information and belief, garnering ad revenue and other financial benefits for BVR.

20.    BVR's website also reproduces, without permission or authorization, Nutramax Labs' DASUQUIN® and COSEQUIN® copyright-protected label artwork such as at https://bestviewsreviews.com/dog-hip-joint-care/?page=10, attached as Exhibit I.

21.    On May 9, 2022, Nutramax sent a cease-and-desist letter to BVR citing the foregoing false or misleading statement and the improper use of the DASUQUIN® copyright-protected label artwork, to which letter BVR never responded.

## COUNT I
### False Advertising
### (Lanham Act § 43(a), 15 U.S.C. § 1125(a)(1)(B))

22.    Nutramax incorporates all previous allegations as if fully restated herein.

23.    Through the foregoing conduct, BVR has made false and misleading statements of material fact in commercial advertising and/or promotion in misrepresenting the nature, characteristics, and/or qualities of Nutramax Vet's goods by claiming that Nutramax Vet's DASUQUIN® product "may cause minor blood infection."

24.    BVR's false or misleading representations of fact actually deceives and/or has tendency to deceive a substantial portion of the target audience.

25.    BVR's false or misleading representations of fact are material because they are likely to influence the purchasing decision of the target consumers.

26.    BVR has caused their false or misleading representations to enter interstate commerce by advertising and/or promoting those statements using the internet.

27.    Nutramax Vet has been, or is likely to be, injured due to the false statements creating a lessening of goodwill associated with the DASUQUIN® product.

28.    BVR's actions constitute false advertising and a violation of 15 U.S.C. § 1125(a)(1)(B).

7313637

29.     BVR's false advertising has caused substantial and irreparable damage and injury to Nutramax Vet for which Nutramax Vet has no adequate remedy at law, thus entitling Nutramax Vet to injunctive relief.

### COUNT III
### Federal Trademark Infringement
### (Lanham Act § 32(1), 15 U.S.C. § 1114(1)(a))

30.     Nutramax incorporates all previous allegations as if fully restated herein.

31.     Nutramax Labs owns, has the exclusive right to use, and actively uses the DASUQUIN® and COSEQUIN® marks and Nutramax Labs has not, in any way, authorized BVR to use or to exploit the DASUQUIN® and COSEQUIN® marks.

32.     In violation of 15 U.S.C. §§ 1114, *et. seq.*, BVR's acts have caused, or are likely to cause, confusion, mistake, or deception, over whether BVR's website is approved by, associated with, sponsored by or connected with Nutramax and Nutramax Vets' DASUQUIN® and COSEQUIN® products.

33.     Upon information and belief, BVR's actions were undertaken willfully, and with the intent to confuse and deceive the public.

34.     BVR's acts have damaged, or may damage, Nutramax's business reputation and goodwill, and have interfered, or may interfere, with Nutramax's use of the DASUQUIN® and COSEQUIN® marks.

35.     BVR has caused, and unless enjoined will continue to cause, irreparable harm and injury to Nutramax for which there is no adequate remedy at law.

### COUNT III
### Federal Trademark Dilution
### (Lanham Act § 43(c), 15 U.S.C. § 1125(c))

36.     Nutramax incorporates all previous allegations as if fully restated herein.

7313637

37.     Nutramax Labs owns valid and existing rights in the DASUQUIN® and COSEQUIN® marks.

38.     Through long-standing and continued use, product promotion, and widespread consumer recognition, the DASUQUIN® and COSEQUIN® marks have become famous. Long after the DASUQUIN® and COSEQUIN® marks became famous, BVR began using those marks (and is still using them) to promote its own review services and to obtain revenue from use of the DASUQUIN® and COSEQUIN® marks.

39.     BVR denigrates and demeans the quality of the products with which the DASUQUIN® and COSEQUIN® marks are associated.

40.     In so doing, BVR is improperly creating a false impression regarding the quality and source of products associated with the DASUQUIN® and COSEQUIN® marks. This false impression is likely to cause dilution of the strong goodwill that Nutramax Labs has built in the DASUQUIN® and COSEQUIN® marks, in violation of 15 U.S.C. § 1125(c).

41.     Further, BVR's acts constitute dilution by blurring of Nutramax Labs' famous DASUQUIN® and COSEQUIN® marks in violation of 15 U.S.C. § 1125(c).

42.     As a result of BVR's wrongful and intentional conduct, Nutramax Labs has been damaged and will continue to be damaged in an amount to be determined at trial.

## COUNT IV
### Federal Copyright Infringement
### (Copyright Act, 17 U.S.C. § 501)

43.     Nutramax incorporates all previous allegations as if fully restated herein.

44.     The DASUQUIN® and COSEQUIN® copyright-protected label artwork includes textual, pictorial, or graphical, works within the meaning of 17 U.S.C. §§ 101 and 102(a)(5).

7313637

45.     The DASUQUIN® and COSEQUIN® copyright-protected label artwork represents, creative works of expression fixed in a tangible medium from which they can be perceived, and are subject to full protection under the Copyright Act.

46.     Nutramax Labs is the exclusive owner of all right, title, and interest in and to the copyrights covering its DASUQUIN® and COSEQUIN® label artwork, including the U.S. Copyright registrations.

47.     BVR has reproduced the DASUQUIN® and COSEQUIN® copyright-protected label artwork by taking images of DASUQUIN® and COSEQUIN® packaging and publishing them on BVR's website.

48.     BVR is actually and/or constructively aware that those images constitute copyright-protected material.

49.     BVR willfully reproduced these images without Nutramax Labs' authorization, permission, license, or consent and for the purpose of, upon information and belief, increasing ad revenue and other revenue for BVR's own benefit and purposes.

50.     By reproducing, distributing, and/or otherwise using images of Nutramax Vet's DASUQUIN® and COSEQUIN® products without Nutramax's consent, BVR has infringed on Nutramax Labs' exclusive rights in the DASUQUIN® and COSEQUIN® copyright-protected label artwork, thereby violating 17 U.S.C. § 501.

51.     BVR's reproduction of these images without Nutramax Labs' authorization, permission, license, or consent, has resulted in injuries and/or continues to result in injuries, to Nutramax Labs' commercial interest in its reputation and/or reduced Nutramax Vet's sales.

52.     BVR's wrongful actions continue to deprive Nutramax of its rights and benefits in Nutramax Labs' copyright-protected label artwork, which include the exclusive right to use,

7313637

reproduce, distribute, sell, and create derivative works using the visual material protected by the copyrights covering Nutramax Labs' DASUQUIN® and COSEQUIN® copyright-protected label artwork.

53.     Unless enjoined by the Court, BVR will continue to wrongfully use and infringe on the Nutramax Labs' rights in the DASUQUIN® and COSEQUIN® copyright-protected label artwork by continuing to display it over internet.

54.     As the direct and proximate result of BVR's infringement, Nutramax has suffered, and will continue to suffer, monetary damages, and irreparable injury to its business, reputation, and goodwill.

55.     Nutramax is entitled to injunctive relief and an award of statutory damages for BVR's infringement.

## REQUEST FOR RELIEF

WHEREFORE, as to all of its claims, Nutramax respectfully prays that this Court enter judgment in its favor and against BVR, and relief as follows:

A.     Adjudicating and decreeing that BVR has infringed Nutramax Labs' trademark rights in the DASUQUIN® and COSEQUIN® trademarks and its rights in the DASUQUIN® and COSEQUIN® copyright-protected label artwork.

B.     Adjudicating and decreeing that BVR has falsely advertised the nature, benefits, or quality of Nutramax Vet's DASUQUIN® product.

C.     Preliminarily and permanently enjoining and restraining BVR, and, where applicable, its directors, members, officers, agents, servants, employees, parents, subsidiaries, affiliates and all other persons in active concert or participation with, through or under BVR, at first during pendency of this action and thereafter perpetually:

1.     from publishing, stating, or otherwise implying false descriptions or characterizations of Nutramax Vet's products, including the DASUQUIN® product;

2.    from making any statement on promotional materials or advertising for their goods or services that are false or misleading as to the source, origin, or affiliation with, sponsorship by, or connection to Nutramax;

3.    from using Nutramax Labs' DASUQUIN® or COSEQUIN® marks or any variants thereof, and from otherwise infringing Nutramax's DASUQUIN® or COSEQUIN® marks; and

4.    from reproducing, copying, or otherwise publishing or disseminating Nutramax Labs' DASUQUIN® and COSEQUIN® copyright-protected label artwork.

D.    Requiring that BVR, within thirty (30) days after service of notice of entry of judgment or issuance of any injunction, file with the Court and serve upon Nutramax's counsel a written report under oath setting forth details of how BVR has complied with the Court's order outlined in (C.) above.

E.    Awarding damages to Nutramax as a result of BVR's willful infringement in an amount including awards for Nutramax's actual damages, and Nutramax's attorneys' fees and costs.

F.    Awarding Nutramax such other and further relief as this Court deems just and proper under the circumstances

## JURY DEMAND

Plaintiffs Nutramax Labs and Nutramax Vet hereby demand a trial by jury of all issues so triable.

Dated: April 19, 2023

Respectfully submitted,

By:  */s/Diane Fleming Averell*
        Diane Fleming Averell
        PORZIO, BROMBERG & NEWMAN, P.C.
        100 Southgate Parkway
        Morristown, NJ 07962-1997
        Telephone: 973.889.4150
        Facsimile: 973.538.5146
        E-mail: DFAverell@pbnlaw.com
        *Attorneys for Plaintiffs,*
        *Nutramax Laboratories, Inc. and*
        *Nutramax Laboratories Veterinary Sciences,*
        *Inc.*

7313637

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 11.2</u>

I certify that the matter in controversy is not the subject of any other action or proceeding pending in any court, or of any pending arbitration or administration proceeding.

Dated: April 19, 2023

Respectfully submitted,

By:  /s/ *Diane Fleming Averell*
      Diane Fleming Averell
      PORZIO, BROMBERG & NEWMAN, P.C.
      100 Southgate Parkway
      Morristown, NJ 07962-1997
      Telephone: 973.889.4150
      Facsimile: 973.538.5146
      E-mail: DFAverell@pbnlaw.com

      *Attorneys for Plaintiffs,*
      *Nutramax Laboratories, Inc. and*
      *Nutramax Laboratories Veterinary Sciences,*
      *Inc.*

7313637

# EXHIBIT A

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51, and 52

United States Patent and Trademark Office

Reg. No. 3,266,390

Registered July 17, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# DASUQUIN

NUTRAMAX LABORATORIES, INC. (MARY-
LAND CORPORATION)
2208 LAKESIDE BOULEVARD
EDGEWOOD, MD 21040

FOR: DIETARY SUPPLEMENTS FOR ANIMALS,
IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 9-21-2006; IN COMMERCE 9-21-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-813,630, FILED 2-13-2006.

LINDA POWELL, EXAMINING ATTORNEY

# EXHIBIT B

# United States of America

## United States Patent and Trademark Office

# DASUQUIN

**Reg. No. 6,872,420**

**Registered Oct. 11, 2022**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Nutramax Laboratories, Inc. (SOUTH CAROLINA CORPORATION)
946 Quality Drive
Lancaster, SOUTH CAROLINA 29720

CLASS 5: Dietary and nutritional supplements

FIRST USE 9-21-2006; IN COMMERCE 9-21-2006

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-061,939, FILED 10-06-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT C

Int. Cl.: 5

Prior U.S. Cl.: 18

## United States Patent and Trademark Office

Reg. No. 1,791,253
Registered Sep. 7, 1993

### TRADEMARK
### PRINCIPAL REGISTER

## COSEQUIN

NUTRAMAX LABORATORIES, INC. (MARY-
LAND CORPORATION)
8304 HARFORD ROAD
BALTIMORE, MD 21234

FOR: DIETARY SUPPLEMENTS FOR VET-
ERINARY USE, IN CLASS 5 (U.S. CL. 18).

FIRST USE 10–26–1992; IN COMMERCE
10–26–1992.

SER. NO. 74–343,925, FILED 12–28–1992.

ESTHER A. BORSUK, EXAMINING ATTOR-
NEY

# EXHIBIT D

# United States of America

## United States Patent and Trademark Office

# COSEQUIN

**Reg. No. 5,662,197**

**Registered Jan. 22, 2019**

**Int. Cl.: 5, 31**

**Trademark**

**Principal Register**

Nutramax Laboratories, Inc.  (SOUTH CAROLINA CORPORATION)
946 Quality Drive
Lancaster, SOUTH CAROLINA 29720

CLASS 5: Dietary and nutritional supplements; Dietary pet supplements in the form of pet treats

FIRST USE 10-26-1992; IN COMMERCE 10-26-1992

CLASS 31: Dog biscuits; Pet treats

FIRST USE 6-19-2007; IN COMMERCE 6-19-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1791253

SER. NO. 87-436,199, FILED 05-04-2017

Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT E



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = VAu001217662

Search Results: Displaying 1 of 1 entries



Labeled View

*Dasuquin for dogs product.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001217662 / 2015-06-04 |
| **Application Title:** | Dasuquin Product Shot (collective) |
| **Title:** | Dasuquin for dogs product. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Nutramax Laboratories, Inc. Address: 946 Quality Drive, Lancaster, SC, 29720, United States. |
| **Date of Creation:** | 2010 |
| **Authorship on Application:** | Nutramax Laboratories, Inc., employer for hire; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Nutramax Laboratories, Inc./Legal Department, 946 Quality Drive, Lancaster, SC, 29720, United States |
| **Names:** | Nutramax Laboratories, Inc. |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# EXHIBIT F



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = VAu001215810

Search Results: Displaying 1 of 1 entries

[ ◀ previous ]  [ next ▶ ]

---



***Dasuquin Product Shot.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001215810 / 2015-06-01 |
| **Application Title:** | Dasuquin Product Shot. |
| **Title:** | Dasuquin Product Shot. |
| **Description:** | electronic file ( e service) |
| **Copyright Claimant:** | Nutramax Laboratories, Inc. Address: 946 Quality Drive, Lancaster, SC, 29720, United States. |
| **Date of Creation:** | 2013 |
| **Authorship on Application:** | Nutramax Laboratories, Inc., employer for hire; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Nutramax Laboratories Inc./Legal Department, 946 Quality Drive, Lancaster, SC, 29720, United States |
| **Names:** | Nutramax Laboratories, Inc. |

[ ◀ previous ]  [ next ▶ ]

---

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

---

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# EXHIBIT G



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = VAu001215817

Search Results: Displaying 1 of 1 entries



---

Labeled View

---

*Cosequin DS Chewable Tablet Product Shot.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001215817 / 2015-06-01 |
| **Application Title:** | Cosequin DS Chewable Tablet Product Shot. |
| **Title:** | Cosequin DS Chewable Tablet Product Shot. |
| **Description:** | electronic file ( e service) |
| **Copyright Claimant:** | Nutramax Laboratories, Inc. Address: 946 Quality Drive, Lancaster, SC, 29720, United States. |
| **Date of Creation:** | 2015 |
| **Authorship on Application:** | Nutramax Laboratories, Inc., employer for hire; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Nutramax Laboratories Inc./Legal Department, 946 Quality Drive, Lancaster, SC, 29720, United States |
| **Names:** | Nutramax Laboratories, Inc. |



---

| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ⌄ | Format for Print/Save |
| Enter your email address: | [                    ] | Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# EXHIBIT H

Case 2:23-cv-02190 Document 1 Filed 04/19/23 Page 29 of 38 Page ID | Bestviewsreviews



**All Categories** ›          Show me the best...                    ⚡ Today's Deal        Login / Sign up

Easter's Day    Popular Categories    Home & Appliances    Computers & Electronics    Health & Personal Care    Office Products    Sports, Out

**\*Disclaimer:** BestViewsReviews earns a commission from qualifying purchases.

Home › Cat Hip & Joint Care › Compare

# Comparing: Zesty Paws Organic Mushroom... vs. Nutramax Dasuquin Capsules, 84 Count



https://bestviewsreviews.com/cat-hip-joint-care/compare/?p1=zesty-paws-organic-mushroom-chewable-treats-for-dogs-for-dog-hip-joint-health-digestive-immune-support-14-mushrooms-complex-with-shiitake-lions-m...          1/3

Case 2:23-cv-02190-Document 1 Filed 04/19/23 Page 30 of 38 PageID:30 | Bestviewsreviews



**All Categories** ›

Show me the best...

⚙️ **Today's Deal**

Login / Sign up

# Top Ranking Products



Hemp Oil for Dogs and Cats...

**9.9**

Check price at

Amazon

---



NODENS CAT Hip and Joint...

**9.4**

Check price at

Amazon

---



Paramount Pet Health 100% Natural...

**9.3**

Check price at

Amazon | eBay

---



All-in-One Dog & Cat Probiotics, Hip Joint...

**9.1**

Check price at

Amazon | Walmart

See More Products

## Event

• Today's Deal

## Hot-Selling Products

Frieling 5002 Electric Low-Fat Fryer / Maraehan Jackgold Air Fryer Oven / NUWAVE BRIO 4.5-Quart Digital Air Fryer / PowerXL Vortex Air Fryer Plus 5 Quart / George Foreman GHFD6800B Twist N Crisp Air Fryer / Flexzion Electric Air Fryer Cooker 1400W, 5.8 Quart (Black) / Emerald Air Fryer w/ Digital LED Touch Display 1400 Watts / SMALL FISH Air fryer Yellow Oilless Oven / SFPY Air Fryer, 4.5L Air Fryer Oven with 6 Pre-Set Functions / Brentwood Select 3.4Qt Electric Air Fryer / TOYTEXX and DESIGN Intexca US Electric Mini Portable Compact Washing Machine / Avanti Portable Compact Washing Machine for Clothes/Laundry / KVZVK Portable Mini Washing Machine / Avanti STW16D0W Portable Washing Machine / Bonnlo 26lbs Portable Washing Machine / Tiptop Home Portable Washing Machine 10L Mini Washing Machine / LEMY Mini Baby Washing Machine Portable and Compact Laundry Washer / ECPro Foldable Mini Folding Clothes Washing Machine / SSYY Portable Washing Machine Mini Foldable Washer / DYRABREST Portable Washing Machine / Skullcandy Sesh Evo True Wireless Earbuds / TOZO NC9 Hybrid Active Noise Cancelling Wireless Earbuds / Tribit IPX8 Bluetooth5.0 Deep Bass Bluetooth Earbuds / kurdene S8 Pro Bluetooth 5.2 Earbuds / Beats Studio Buds True Wireless Noise Cancelling Earbuds / TOZO A1 Mini Wireless earbuds Bluetooth 5.3 in Ear Light-Weight Headphones / Sony WF-1000XM4 Industry Leading Noise Canceling Truly Wireless Earbud Headphones / Under Armour UA True Wireless Flash Project Rock Edition Headphones OSFA Black / Apple AirPods Pro Wireless Earbuds / kurdene S8 Deep Bass Sound 38H Playtime Call Clear IPX8 Waterproof Earphones

## Trending Categories

Bedding Sheets & Pillowcases / Sorting & Stacking Toys / Portable Power Banks / PC Game Headsets / Food Processors / Facial Night Creams / Smart Thermostats / Portable Solar Chargers / Travel Systems / Detox & Cleanse Weight Loss Products / Fat Burners / Dice Games / Snow Blowers / Power Circular Saws / Mens Western Boots / Electric Water Heaters / Room Air Purifiers / Nintendo Switch Games / Video Projectors / Electric Pressure Cookers / Hair Dryers & Accessories / Electric Razors / Earbud Headphones / Body Creams / Women's Leggings

## Note:

1. Product availability are accurate as of the date/time indicated and are subject to change. Any availability or price information displayed on affiliate site at the time of purchase will apply to the purchase of this product.
2. Certain content that appears on this site comes from Amazon. This content is provided "AS IS" and is subject to change or removal at any time.



All Categories ›

Show me the best...

Today's Deal

Login / Sign up

BestViewsReviews recommends the best products using AI-assisted analysis of verified and high-quality reviews, so you can make informed purchase decisions quickly and with confidence!

BestViewsReviews is an ever-expanding catalog of products spanning over a thousand categories. Our team of experts and machine learning algorithms conduct an honest and rigorous analysis of products based on their specifications, features, performance reviews, pros-and-cons and pricing. Shop now and save time and money in buying products you will be happy with!

Earning our audience's trust is central to what we do. Our team would love to hear from you on any topic. Please e-mail us on support@bestviewsreviews.com



Get the latest reviews right in your inbox

Enter your email address

Subscribe

Home          All Categories          Contact          Policies          Blogs

Bestviewsreviews. All rights reserved

*Disclaimer: BestViewsReviews earns a commission from qualifying purchases. Learn More

# EXHIBIT I



 Today's Deal    Login / Sign up

**All Categories** >    cosequin

Easter's Day    Popular Categories    Home & Appliances    Computers & Electronics    Health & Personal Care    Office Products    Sports, G

**\*Disclaimer:** BestViewsReviews earns a commission from qualifying purchases.

# Results for "cosequin"

## Categories



100+ reviews | 1 products

320k+ reviews | 399 products

30k+ reviews | 273 products

100+ reviews | 1 products

## Products



Cosequin® DS Chewable Tablets ; Visit the...

8.9 **BVR Rating**
10 reviews

Buy on Amazon    ✔ prime



Nutramax Cosequin Joint Health Supplemen...

9.1 **BVR Rating**
884 reviews

Buy on Amazon    ✔ prime



Cosequin Plus MSM Chewable Tablets, 132ct...

7.2 **BVR Rating**
2 reviews

Buy on Amazon    ✔ prime



Nutramax Cosequin Maximum Strength Join...

9.4 **BVR Rating**
365 reviews

Buy on Amazon    ✔ prime

   

☆

**All Categories** ⟩          ☀ **Today's Deal**     Login / Sign up

**Cosequin MSM Joint Health Supplement for...**

9.1   **BVR Rating**
      30 reviews

Buy on Amazon     ✔ prime

**Nutramax Cosequin ASU Joint Health Supplemen...**

8.0   **BVR Rating**
      3 reviews

Buy on Amazon     ✔ prime

**Nutramax Cosequin DS Capsules for Dogs : Visi...**

8.0   **BVR Rating**
      28 reviews

Buy on Amazon     ✔ prime

**Cosequin DS Plus MSM Professional Line for...**

9.3   **BVR Rating**
      184 reviews

Buy on Amazon     ✔ prime

See More Results

## Need help? Don't see what you are looking for?

Let us know and our team will start working on your favorite product or category as soon as possible. Meanwhile let us help you search for them on Amazon.

Search                                    Search on Amazon

**Event**

• Today's Deal

## Hot-Selling Products

Frieling 5002 Electric Low-Fat Fryer / Maraehan Jackgold Air Fryer Oven / NUWAVE BRIO 4.5-Quart Digital Air Fryer / PowerXL Vortex Air Fryer Plus 5 Quart / George Foreman GHFD68008 Twist N Crisp Air Fryer / Flexzion Electric Air Fryer Cooker 1400W, 5.8 Quart (Black) / Emerald Air Fryer w/ Digital LED Touch Display 1400 Watts / SMALL FISH Air fryer Yellow Oilless Oven / SFPY Air Fryer, 4.5L Air Fryer Oven with 6 Pre-Set Functions / Brentwood Select 3.4Qt Electric Air Fryer / TOYTEXX and DESIGN Intexca US Electric Mini Portable Compact Washing Machine / Avanti Portable Compact Washing Machine for Clothes/Laundry / KVZVK Portable Mini Washing Machine / Avanti STW16D0W Portable Washing Machine / Bonnlo 26lbs Portable Washing Machine / Tiptop Home Portable Washing Machine 10L Mini Washing Machine / LEMY Mini Baby Washing Machine Portable and Compact Laundry Washer / ECPro Foldable Mini Folding Clothes Washing Machine / SSYY Portable Washing Machine Mini Foldable Washer / DYRABREST Portable Washing Machine / Skullcandy Sesh Evo True Wireless Earbuds / TOZO NC9 Hybrid Active Noise Cancelling Wireless Earbuds / Tribit IPX8 Bluetooth5.0 Deep Bass Bluetooth Earbuds / kurdene S8 Pro Bluetooth 5.2 Earbuds / Beats Studio Buds True Wireless Noise Cancelling Earbuds / TOZO A1 Mini Wireless earbuds Bluetooth 5.3 in Ear Light-Weight Headphones / Sony WF-1000XM4 Industry Leading Noise Canceling Truly Wireless Earbud Headphones / Under Armour UA True Wireless Flash Project Rock Edition Headphones OSFA Black / Apple AirPods Pro Wireless Earbuds / kurdene S8 Deep Bass Sound 38H Playtime Call Clear IPX8 Waterproof Earphones

## Trending Categories

Bedding Sheets & Pillowcases / Sorting & Stacking Toys / Portable Power Banks / PC Game Headsets / Food Processors / Facial Night Creams / Smart Thermostats / Portable Solar Chargers / Travel Systems / Detox & Cleanse Weight Loss Products / Fat Burners / Dice Games / Snow Blowers / Power Circular Saws / Mens Western Boots / Electric Water Heaters / Room Air Purifiers / Nintendo Switch Games / Video Projectors / Electric Pressure Cookers / Hair Dryers & Accessories / Electric Razors / Earbud Headphones / Body Creams / Women's Leggings

## Note:

1. Product availability are accurate as of the date/time indicated and are subject to change. Any availability or price information displayed on affiliate site at the time of purchase will apply to the purchase of this product.



⊞ **All Categories** ›

⚙ **Today's Deal**          Login / Sign up

BestViewsReviews
recommends the best
products using AI–assisted
analysis of verified and high–
quality reviews, so you can
make informed purchase
decisions quickly and with
confidence!

BestViewsReviews is an ever-expanding catalog of products
spanning over a thousand categories. Our team of experts
and machine learning algorithms conduct an honest and
rigorous analysis of products based on their specifications,
features, performance reviews, pros-and-cons and pricing.
Shop now and save time and money in buying products you
will be happy with!

Earning our audience's trust is central to what we do. Our
team would love to hear from you on any topic. Please e-mail
us on support@bestviewsreviews.com



Get the latest reviews right in your inbox

| Enter your email address | Subscribe |

Home        All Categories        Contact        Policies        Blogs

Bestviewsreviews. All rights reserved

*Disclaimer: BestViewsReviews earns a commission from qualifying purchases.
Learn More

 All Categories ❯    dasuquin    Today's Deal    Login / Sign up

Easter's Day    Popular Categories    Home & Appliances    Computers & Electronics    Health & Personal Care    Office Products    Sports, O

**\*Disclaimer:** BestViewsReviews earns a commission from qualifying purchases.

# Results for "dasuquin"

## Categories

9k+ reviews  | 16 products

279k+ reviews  | 189 products

## Products




Nutramax Dasuquin with MSM Chewables, Large...

9.0  BVR Rating
695 reviews

Buy on Amazon    prime




Dasuquin Chewable Tablets for Small/Med...

7.5  BVR Rating
13 reviews

Buy on Amazon




Dasuquin Chewable Tablets for Large Dogs...

6.8  BVR Rating
0 reviews

Buy on Amazon




DASUQUIN MSM Soft Chews for Large Dogs 6...

8.5  BVR Rating
55 reviews

Buy on Amazon




Nutramax Laboratories DASUQUIN with MSM...

8.9  BVR Rating
211 reviews

Buy on Amazon    prime



DASUQUIN MSM Chewable Tablets for...

8.8  BVR Rating
41 reviews

Buy on Amazon    prime



Nutramax Dasuquin with MSM Chewables, Large...

8.3  BVR Rating
176 reviews

Buy on Amazon    prime



Dasuquin for Small/Medium Dogs –...

8.3  BVR Rating
26 reviews

Buy on Amazon    prime

 

⊞ **All Categories**  ⟩

☀ **Today's Deal**       Login / Sign up

## Need help? Don't see what you are looking for?

Let us know and our team will start working on your favorite product or category as soon as possible. Meanwhile let us help you search for them on Amazon.

Search       Search on Amazon

## Event

- Today's Deal

## Hot-Selling Products

Frieling 5002 Electric Low-Fat Fryer / Maraehan Jackgold Air Fryer Oven / NUWAVE BRIO 4.5-Quart Digital Air Fryer / PowerXL Vortex Air Fryer Plus 5 Quart / George Foreman GHFD6800B Twist N Crisp Air Fryer / Flexzion Electric Air Fryer Cooker 1400W, 5.8 Quart (Black) / Emerald Air Fryer w/ Digital LED Touch Display 1400 Watts / SMALL FISH Air fryer Yellow Oilless Oven / SFPY Air Fryer, 4.5L Air Fryer Oven with 6 Pre-Set Functions / Brentwood Select 3.4Qt Electric Air Fryer / TOYTEXX and DESIGN Intexca US Electric Mini Portable Compact Washing Machine / Avanti Portable Compact Washing Machine for Clothes/Laundry / KVZVK Portable Mini Washing Machine / Avanti STW16D0W Portable Washing Machine / Bonnlo 26lbs Portable Washing Machine / Tiptop Home Portable Washing Machine 10L Mini Washing Machine / LEMY Mini Baby Washing Machine Portable and Compact Laundry Washer / ECPro Foldable Mini Folding Clothes Washing Machine / SSYY Portable Washing Machine Mini Foldable Washer / DYRABREST Portable Washing Machine / Skullcandy Sesh Evo True Wireless Earbuds / TOZO NC9 Hybrid Active Noise Cancelling Wireless Earbuds / Tribit IPX8 Bluetooth5.0 Deep Bass Bluetooth Earbuds / kurdene S8 Pro Bluetooth 5.2 Earbuds / Beats Studio Buds True Wireless Noise Cancelling Earbuds / TOZO A1 Mini Wireless earbuds Bluetooth 5.3 in Ear Light-Weight Headphones / Sony WF-1000XM4 Industry Leading Noise Canceling Truly Wireless Earbud Headphones / Under Armour UA True Wireless Flash Project Rock Edition Headphones OSFA Black / Apple AirPods Pro Wireless Earbuds / kurdene S8 Deep Bass Sound 38H Playtime Call Clear IPX8 Waterproof Earphones

## Trending Categories

Bedding Sheets & Pillowcases / Sorting & Stacking Toys / Portable Power Banks / PC Game Headsets / Food Processors / Facial Night Creams / Smart Thermostats / Portable Solar Chargers / Travel Systems / Detox & Cleanse Weight Loss Products / Fat Burners / Dice Games / Snow Blowers / Power Circular Saws / Mens Western Boots / Electric Water Heaters / Room Air Purifiers / Nintendo Switch Games / Video Projectors / Electric Pressure Cookers / Hair Dryers & Accessories / Electric Razors / Earbud Headphones / Body Creams / Women's Leggings

## Note:

1. Product availability are accurate as of the date/time indicated and are subject to change. Any availability or price information displayed on affiliate site at the time of purchase will apply to the purchase of this product.
2. Certain content that appears on this site comes from Amazon. This content is provided "AS IS" and is subject to change or removal at any time.

## BestViewsReviews recommends the best products using AI-assisted analysis of verified and high-quality reviews, so you can make informed purchase decisions quickly and with confidence!

BestViewsReviews is an ever-expanding catalog of products spanning over a thousand categories. Our team of experts and machine learning algorithms conduct an honest and rigorous analysis of products based on their specifications, features, performance reviews, pros-and-cons and pricing. Shop now and save time and money in buying products you will be happy with!

Earning our audience's trust is central to what we do. Our team would love to hear from you on any topic. Please e-mail us on support@bestviewsreviews.com



  All Categories >

⚙ Today's Deal    Login / Sign up

Get the latest reviews right in your inbox

Enter your email address    Subscribe

Home    All Categories    Contact    Policies    Blogs

Bestviewsreviews. All rights reserved

*Disclaimer: BestViewsReviews earns a commission from qualifying purchases.
Learn More